AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
District of Massachusetts

| | |
|---|---|
| MIJA INDUSTRIES, INC., | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Civil Action No.: 04-10376 MLW |
| MILJOCO CORPORATION, | |
| Defendant. | |

TO: MILJOCO CORPORATION
   14335 E. Nine Mile Road
   Warren, Michigan 48089

You are hereby summoned and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Nicole E. Gage (BBO #633,219)
> Fish & Richardson P.C.
> 225 Franklin Street
> Boston, MA 02110-2804
> Telephone: (617) 542-5070

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                              MAR 1 2004
_____                                   _____
Clerk                                                         Date

_[signature]_
_____
(By) Deputy Clerk

STATE OF MASSACHUSETTS

IN THE US DISTRICT COURT FOR THE COUNTY OF MASSAC...

MIJA INDUSTRIES, INC.

                Plaintiff,

-vs-                                                  Case No.: 04-10376MLW

MILJOCO CORPORATION

                Defendant.
_____/

State of Michigan)
County of Macomb) SS

### AFFIDAVIT OF DEPUTY AND PROOF OF SERVICE

    __Robert Murdock__ being first duly sworn, deposes and says that he/she is a person of suitable age and discretion to serve process and further:

    I HEREBY CERTIFY AND RETURN that on the __23__ day of __March__, 2004 at __4:05__ a.m./(p.m), I, __Robert Murdock__ Deputy Sheriff, did serve the within named Defendant, __Miljoco Corporation__ personally, by handing to __Miljoco Corporation   Howard Trerice – President__ a true copy of the __Summons, Complaint & Demand for Jury Trial, Platintiffs Rule 7.3 corporate disclosure statement__

at   __14335 E. Nine Mile Road, Warren, MI 48089__

                                                    MARK A. HACKEL
                                                  MACOMB COUNTY SHERIFF
                                                  BY: _Robert J. Murdock_
                                                  Deputy Sheriff

Dated:

                                                  Subscribed and sworn to before me
                                                  this _29th_ day of _March_, 2004.

Fee:                                          _Florence J. Russi_
                                                  Forence Russi
                                                  Notary Public, County of Macomb, Michigan
                                                  My Commission Expires: 10/02/2007

Attorney: