UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIJA INDUSTRIES, INC., )
)
      Plaintiff, )
)
vs )   Civil Action No. 04-10376 MLW
)
MILJOCO CORPORATION, )
)
      Defendant. )

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT

It is hereby stipulated by the parties, that the time for Defendants to answer the complaint or otherwise plead in the above-identified matter, is extended thirty (30) days from April 12, 2004 to May 12, 2004.

**SO ORDERED.**

DATED:_____

_____
MARK L. WOLF
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

Dated: 4/12/2004

By: _____
Nicole E. Gage (BBO #633,219)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070
*Attorneys for Plaintiff*

Dated: 4/9/2004

By: _____
Allen M. Krass (P-16218)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
248-647-6000
*Attorneys for Defendant*