UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIJA INDUSTRIES, INC.,

    Plaintiff,

v.

MILJOCO CORPORATION,

    Defendant.

Civil Action No. 04-10376 MLW

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Under Federal Rule 41, Plaintiff MIJA Industries, Inc. voluntarily dismisses its Complaint in this action <u>without prejudice</u>. This Notice is proper since the Defendant has not yet served or filed an answer or a motion for summary judgment.

Dated: May 10, 2004

    *Nicole F Gage /DT* (BBO # 656536)
Nicole E. Gage (BBO#633,219)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
(617) 542-5070

Attorneys for Plaintiff
MIJA CORPORATION

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by facsimile and by first class mail on May 10, 2004.

    _____
    Denis Ticak

20859321.doc